The order below is hereby signed.

Signed: January 23, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
DARLENE RICHARDSON and         )    Case No. 08-00018
ALPHONZO RICHARDSON, JR.,      )    (Chapter 7)
                               )    **Not for Publication in**
            Debtors.           )    **West's Bankruptcy Reporter**

MEMORANDUM DECISION AND ORDER
(1) DENYING APPLICATION TO EXTEND TIME
TO COMPLETE CREDIT COUNSELING,
(2) DISMISSING CASE, AND (3) DIRECTING DARLENE
RICHARDSON AND ALPHONZO RICHARDSON, JR. TO ADVISE WHETHER
ALPHONZO RICHARDSON, JR. JOINED IN THE FILING OF THE PETITION

The debtors did not describe in Exhibit D to the petition

any exigent circumstances that necessitated the filing of this

case without awaiting obtaining credit counseling, thus requiring

dismissal of this case based on 11 U.S.C. § 109(h).  The papers

filed include references by Darlene Richardson to "my husband,"

suggesting that it really is only she who has pursued the case.

In addition, her signature and the purported signature of

Alphonzo Richardson, Jr., appear to have both been signed by her

as they are strikingly similar.  It is

ORDERED that the Application to Extend Time to Complete

Credit Counseling is DENIED.  It is further

ORDERED that this case is DISMISSED without prejudice to the filing of a new case.  It is further

ORDERED that by February 22, 2008, Darlene Richardson and Alphonzo Richardson, Jr., shall each file a statement explaining whether Alphonzo Richardson, Jr. intended that he be included as a debtor on the petition, and, if so, affirming that Alphonzo Richardson, Jr. adopts the petition as his own and intends to be bound by the consequences of having filed the petition.

[Signed and dated above.]

Copies to: All entities on BNC Mailing List.