The Memorandum Decision and Order below is hereby
signed.  Dated: February 22, 2008.



```
                  _____
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
```

```
In re                             )
                                  )
DARLENE RICHARDSON and             )    Case No. 08-00018
ALPHONZO RICHARDSON, JR.,          )    (Chapter 7)
                                  )    Not for Publication in
              Debtors.             )    West's Bankruptcy Reporter
```

MEMORANDUM DECISION AND ORDER
DENYING EMERGENCY MOTION FOR RECONSIDERATION

The debtor Alphonzo Richardson, Jr. has filed a document making clear that he intended to be a debtor in this case even though the other debtor, Darlene Richardson, signed the petition on his behalf.  The debtors have also filed certificates of credit counseling dated January 28, 2008, which is a date afer the filing of the petition commencing this case.  The court previously ruled that the debtors failed to describe in Exhibit D to the petition and in their application for an extension of the time to complete credit counseling any exigent circumstances that necessitated the filing of this case without awaiting obtaining credit counseling, and entered an order dismissing the case.  The debtors have now filed an Emergency Motion for Reconsideration. That motion explains that the debtors' debts have become

unbearable (given the number of dependents they take care of) and thus they decided to file bankruptcy in order to get some relief. This does not rise to the level of exigent circumstances meriting a waiver of the requirement of § 109(h)(1) that a debtor obtain credit counseling *prior* to filing a bankruptcy case.  Now that the debtors have certificates of credit counseling, they may file a new case (within 180 days of obtaining such counseling if they are going to rely on those certificates in lieu of new credit counseling).  It is thus

    ORDERED that the Emergency Motion for Reconsideration is DENIED.

                                      [Signed and dated above.]

Copies to: All entities on BNC Mailing List.